THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Respondent, v. HYMAN BELKIN, Appellant, and Another.— Appeal from order granting summary judgment. The defendant's answer and accompanying papers show a defense which defendant is entitled to present. Judgment and order reversed on the law and facts, with costs, and motion denied, with ten dollars costs. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of WILLIAM J. GLEASNER, against GLEASNER COMPRESSED AIR SUPPLY & EQUIPMENT COMPANY, INC., Employer, and CONTINENTAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The award of the State Industrial Board is reversed, and the matter remitted, with costs against the State Industrial Board, for a determination that the policy of workmen's compensation insurance dated January 1, 1931, be reformed, and the claim of the Industrial Commissioner and of the Commissioner of Taxation and Finance on account of the death of William J. Gleasner, deceased, be dismissed. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.*

* On September 11, 1935, this decision of May 8, 1935, was amended *nunc pro tunc* with opinion by McNamee, J., to conform with the record of the Appellate Division. (See 245 App. Div. ——.) — [REP.